# NO. 12-08-00280-CR
# NO. 12-08-00281-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| *IN RE: LEROY CAMPBELL,* *RELATOR* | § | *ORIGINAL PROCEEDING* |
| | § | |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Leroy Campbell seeks an "emergency writ of mandamus" complaining that Rissie Owens, Chairperson of the Texas Department of Criminal Justice—Parole Division, has failed to grant him proper jail time credit. We deny the petitions.

This court's power to issue writs is defined by Section 22.221 of the Texas Government Code. Section 22.221 grants courts of appeals the authority to issue (1) writs of mandamus and other writs necessary to enforce their jurisdiction; (2) writs of mandamus against a judge of a district or county court in the court of appeals district; and (3) writs of habeas corpus under specifically defined circumstances involving contempt orders in civil cases. *See* TEX. GOV'T CODE ANN. § 22.221 (Vernon 2004). We are not authorized to issue writs of mandamus against the Texas Department of Criminal Justice or its officials, and Campbell has not claimed or shown that the relief requested is necessary to enforce the jurisdiction of our court. Accordingly, Campbell's petitions for writ of mandamus are ***dismissed for want of jurisdiction***.

Opinion delivered June 25, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)